# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:08CV03620** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **BLODWYN DOERFLER** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et. al.** | : | **DEFENDANTS** |

## **ORDER**

The deadline for answering complaints will be extended. This applies to every newly transferred West Virginia case that was filed by the Calwell Practice, PLLC. I will hear from counsel from both sides as to when the answer deadlines should be -- if I do require answers.

IT IS SO ORDERED this 29th day of October, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE