# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV01507-WRW |
| | : | 4:08CV03620-WRW |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **BLODWYN DOERFLER** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC., et. al.** | : | DEFENDANTS |

## ORDER

This Order applies to every newly transferred West Virginia case that was filed by the Calwell Practice, PLLC, but the Clerk of the Court does not need to file it in each case.

The following rulings are based on the findings of fact conclusions of law made during the October 30, 2008 telephone conference.

(1) By 5 p.m., Monday, December 1, 2008, Plaintiffs must respond to Defendants' outstanding PPO-8 notice letters.

(2) Any motions to dismiss must be filed by 5 p.m., Monday, December 15, 2008.

(3) For Defendants who have not filed master answers, answers or responsive pleadings must be filed by 5 p.m., Friday, December 19, 2008, if a motion to dismiss is not filed, or, if a motion to dismiss is filed, no later than thirty (30) days after the date of the Order ruling on the motion to dismiss.

IT IS SO ORDERED this 5th day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE